[No. 5536-1-III.  Division Three.  January 17, 1985.]

DOROTHY SCHUTZ, *Appellant,* v. ROBERT E. JENSEN,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79-2-06701-1, William J. Grant, J.,

entered November 19, 1982. *Affirmed* by unpublished opinion per McInturff, A.C.J., concurred in by Munson and Thompson, JJ.